KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6816
    Facsimile:  (415) 436-6748
    Email: stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> REAL PROPERTY AND ) <br> IMPROVEMENTS AT 1220 ) <br> KENILWORTH ROAD, ) <br> HILLSBOROUGH, CALIFORNIA, ) <br> ) <br> Defendant. ) <br> ) | **Case No.  C 06-4866 JSW** <br><br> **STIPULATION AND [PROPOSED]** <br> **ORDER RE STAY OF ACTION** |

    IT IS HEREBY STIPULATED by and between plaintiff United States of America and prospective claimants Johnson Mai and Lisa Lee, through undersigned counsel, that this action be stayed pursuant to 21 U.S.C. § 881(j).  Johnson Mai and Lisa Lee, who have filed or will file a claim contesting the forfeiture of the defendant property, have been charged by a criminal complaint with drug trafficking and money laundering offenses in the Northern District of California.  The underlying criminal activity alleged in the criminal complaint forms, in large part,  the basis for the forfeiture allegations in the government's  complaint for forfeiture. Consequently, the parties agree that a stay in the forfeiture proceeding is appropriate in order to preserve Johnson Mail and Lisa Lee's right against self-incrimination in the related

1  criminal matter. The parties thus request that matter be stayed pending resolution of the related
2  criminal matter and that any pending deadlines or assigned dates also be stayed and vacated until
3  the resolution of the related criminal case.
4  Upon the resolution of the criminal case, the parties will notify the Court so that the forfeiture
5  matter may be set for further status. Alternatively, should the Court wish to set the matter for
6  status at this time, the parties request that the matter be set for status in approximately 6 months.

8  DATED: 09/27/06                     /S/
                                        STEPHANIE M. HINDS
9                                       Assistant United States Attorney

11 DATED: 09/27/06                     /S/
                                        ROBERT WAGGENER, ESQ
12                                      Attorney for Johnson Mai

14 DATED: 09/28/06                     /S/
                                        TONY TAMBURELLO, ESQ
15                                      Attorney for Lisa Lee

18
19    IT IS HEREBY ORDERED:

    Upon the stipulation of counsel, and good cause appearing, the above-entitled civil forfeiture
20
   action is stayed in light of the pending related criminal prosecution of claimants Johnson Mai
21 and Lisa Lee.  The parties are ordered to file a status report by March 30, 2007 advising the Court
22 of the stutus of the criminal proceedings and when the parties expect the stay may be lifted. The
23 parties shall continue to file further status reports ever 120 days thereafter until the stay is lifted.
   DATED: October 3, 2006
24                                                  /s/ Jeffrey S. White
                                        JEFFREY S. WHITE
                                        United States District Judge
25

Stipulation and Order re Stay of Action
C 06-4866 JSW                                                                               2