IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. C 06-04866 JSW |
| v. | |
| REAL PROPERTY AND IMPROVEMENTS AT 1220 KENILWORTH ROAD HILLSBOROUGH CA, | **ORDER RE STATUS REPORTS** |
| Defendant. | |

On October 3, 2006, the Court granted the parties' stipulated request to stay this action pending the resolution of criminal proceedings. In that Order, the Court ordered the parties to file a status report by March 30, 2007 advising the Court of the status of the criminal proceedings, and when the parties expected the stay to be lifted. The Court also ordered the parties to continue to file status reports every 120 days thereafter.

The Court has not received the status report due on March 30, 2007. Accordingly, the Court HEREBY ORDERS the parties to submit a joint status report by no later than April 16, 2007, and to continue to submit status reports every 120 days thereafter until the stay is lifted.

**IT IS SO ORDERED.**

Dated: April 10, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE