ALICE W. WONG (SBN 160141)
Law Offices of Jerry L. Chong & Alice W. Wong
501 S Street, Suite Two
Sacramento, CA 95814
Telephone: (916) 443-7398
Fax: (916) 443-8941
awong@jcawlaw.com

Attorney for Defendant
LISA LEE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. C 06-4866-JSW |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER RE CHANGE OF COUNSEL |
| REAL PROPERTY AND IMPROVEMENTS AT 1220 KENILWORTH ROAD, HILLSBOROUGH, CALIFORNIA, | |
| Defendant. | |

Having read and considered the Change of Counsel filed on April 12, 2007, IT IS HEREBY ORDERED:

The Change of Counsel is granted upon agreement of all parties.

Dated: April 16, 2007

_____
JEFFREY S. WHITE
United States District Judge

1