**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>REAL PROPERTY AND IMPROVEMENTS AT 1220 KENILWORTH ROAD HILLSBOROUGH CA,<br><br>            Defendant.<br>_____/ | No. C 06-04866 JSW<br><br>**ORDER RE STATUS REPORTS** |

On October 3, 2006, the Court granted the parties' stipulated request to stay this action pending the resolution of criminal proceedings. In that Order, the Court ordered the parties to file a status report by March 30, 2007 advising the Court of the status of the criminal proceedings, and when the parties expected the stay to be lifted. The Court also ordered the parties to continue to file status reports every 120 days thereafter. On April 10, 2007, having not received the first status report, the Court Ordered the parties to submit a joint status report by no later than April 16, 2007, *and to continue to submit status reports every 120 days thereafter until the stay is lifted.* The parties filed the joint status report on April 16, 2007, as required by the April 10, 2007 Order. The next status report was due on August 14, 2007. The parties have not filed their report.

Accordingly, the Court HEREBY ORDERS the parties to submit the joint status report now due by no later than August 24, 2007, and *to continue to submit status reports every 120 days thereafter until the stay is lifted.* The Court has ordered the status reports so that the

1 parties can apprise the Court of the status of the ongoing proceedings and when the parties
2 expect the stay to be lifted. As such, the Court expects full compliance with this Order.
3     **IT IS SO ORDERED.**
4 Dated: August 17, 2007
  _____
5     JEFFREY S. WHITE
      UNITED STATES DISTRICT JUDGE