IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>REAL PROPERTY AND IMPROVEMENTS AT 1220 KENILWORTH ROAD HILLSBOROUGH CA,<br><br>    Defendant.<br>_____/ | No. C 06-04866 JSW<br><br>**ORDER RE STATUS REPORTS** |

On October 3, 2006, the Court granted the parties' stipulated request to stay this action pending the resolution of criminal proceedings. In that Order, the Court ordered the parties to file a status report by March 30, 2007 advising the Court of the status of the criminal proceedings, and when the parties expected the stay to be lifted. The Court also ordered the parties to continue to file status reports every 120 days thereafter. On April 10, 2007, having not received the first status report, the Court Ordered the parties to submit a joint status report by no later than April 16, 2007, *and to continue to submit status reports every 120 days thereafter until the stay is lifted.* The parties filed the joint status report on April 16, 2007, as required by the April 10, 2007 Order. The next status report was due on August 14, 2007. The parties did not file their report. On August 17, 2007, the Court issued a further Order requiring the parties to submit joint status reports and to continue to do so. The Court Ordered the parties to submit a status report by August 24, 2007. The parties submitted the report as required, and requested that the Court continue the stay.

The parties' next status report was due on December 26, 2007. To date, the Court has not received such a report. The Court previously advised the parties that it expected full compliance with its Orders. This is the parties' final warning. The parties' next joint status report shall be due by March 7, 2008. Failure to file timely reports hereafter may result in sanctions.

**IT IS SO ORDERED.**

Dated: February 27, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE